UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DAVID J. SCOTT,

       Plaintiff,

                                           Case No. 1:06-cv-568

v

                                           Hon. Wendell A. Miles

C/O PATRICK, C/O WICKWIRE,
C/O MILLER, and C/O DIGERT,

       Defendants.

_____/


JUDGMENT



The complaint is dismissed as time-barred.



Entered this 5th day of December, 2006.



                                          /s/ Wendell A. Miles
                                        Wendell A. Miles
                                        Senior U.S. District Judge